1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT
7          FOR THE DISTRICT OF ARIZONA
8
9  EVA MCCLINTOCK, et al.      )   No. CV 06-21-TUC-CKJ
                               )
10         Plaintiffs,         )   **ORDER**
                               )
11  vs.                        )
                               )
12                             )
    MANOR CARE, INC., et al.   )
13                             )
           Defendants.         )
14                             )
                               )
15

16   Pending before the Court is Plaintiffs' Motion to Remand.  Plaintiffs filed the Motion to
17 Remand on February 16, 2006; Defendants were required to file a response within 10 days.
18 *See* LRCiv 7.2(c); FED.R.CIV.P. 6.  Defendants have not filed a response.
19   LRCiv 7.2(j) provides that "if the opposing party does not serve and file the required
20 answering memoranda . . . such noncompliance may be deemed a consent to the denial or
21 granting of the motion and the Court may dispose of the motion summarily."
22      Accordingly, IT IS HEREBY ORDERED as follows:
23 (1) Plaintiffs' Motion to Remand (Doc. #10) is **summarily granted**. *See id.*
24 (2) This case is **remanded to Pima County Superior Court**;
25 *
26 *
27 *
28

1  (3) The **Clerk of the Court shall enter judgment accordingly and close the file in this**
2  **case**.

7        DATED this 27th day of March, 2006.

           *Cindy K. Jorgenson*
           Cindy K. Jorgenson
           United States District Judge

- 2 -